IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEALED AIR CORPORATION (US), | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1502 JJF |
| INTELLIPACK, INC., | : |
| Defendant. | : |

## STIPULATION AND ORDER EXTENDING TIME TO RESPOND

The parties to the above-captioned action, through counsel, hereby stipulate and agree, subject to approval of the Court, that Defendant IntelliPack, Inc. shall have until March 30, 2005 to respond to Plaintiff's Complaint.

In support of this request, the parties hereto show as follows:

Plaintiff served its complaint on December 7, 2004.

This Court has granted several previous extensions of time for the parties to attempt to resolve this case. The latest extension of time ends on February 28, 2005.

The parties are actively negotiating settlement of the case and the prospects for settlement at this time appear promising.

The parties and their respective counsel require additional time to negotiate the terms of settlement and to finalize all necessary documents.

Accordingly, for the reasons set forth above, the parties hereto respectfully request that this Court grant their joint motion and extend the time for Defendant to respond to Plaintiff's Complaint through and including March 30, 2005.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys For Plaintiff*
*Sealed Air Corporation (US)*

FISH & RICHARDSON P.C.

_____
Frank P. Porcelli (No. 792)
Stamatios Stamoulis (No. 4606)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070

*Attorneys for Defendant*
*IntelliPack, Inc.*

**SO ORDERED** this ____1____ day of ____March____, 2005.

_____
Judge